**Order entered December 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00565-CV

**JW GST EXEMPT TRUST AND JAMES Y. WYNNE, Appellants**

**V.**

**WRENO S. WYNNE AND WILLIAM B. WYNNE, Appellees**

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 84117-86**

## ORDER

Before the Court is appellees/cross-appellants' unopposed second motion for extension of time to file appellees/cross-appellants' brief. We **GRANT** the motion and **ORDER** appellees/cross-appellants' brief be filed no later than January 19, 2015.

/s/ CRAIG STODDART
   JUSTICE